**FILED**

APR 23 2008

**Clerk,** U.S. District and
**Bankruptcy Courts**

UNITED STATES DISTRICT COURT
FOR THE
JUDICIAL DISTRICT OF COLUMBIA

| | |
|---|---|
| MOISES LOPEZ,<br><br>    Petition./Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, ATTORNEY GENERAL FOR THE "UNITED STATES OF AMERICA,"<br><br>AND<br><br>HARLEY G. LAPIN, DIRECTOR FOR THE BUREAU OF PRISONS,<br><br>    Respondent(s)/Defendant(s). | Case: 1:08-cv-00717<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 4/23/2008<br>Description: Habeas Corpus/2255<br><br><br>MOTION TO TRANSFER<br>TO COURT OF<br>JURISDICTION |

**BEFORE THIS HONORABLE COURT:**

    **NOW COMES** Moises Lopez, (hereinafter "Petitioner"), and moves for this Honorable Court to transfer the above captioned matter, along with the enclosed filing(s)/brief(s), to a Court of Jurisdiction, if upon the Court's decision on Memorandum Opinion with Order it appears that this Court lacks jurisdiction.

    Matter's before for the Court are questions of law. It is assumed that the Court has superior knowledge, over issues before it. Currently, Petitioner is preparing a §2255 Motion to vacate and set aside his conviction. Petitioner here does not argue a collateral attack. Petitioner clearly argues the condition of his wrongful

incarceration. As outlined in Petitioner's **Administrative & Quasi - Judicial Notice,** Page 1 ¶-2, making his argument concerning Title 28 U.S.C. §2255.

Dated: 3-29, 2008.                    Respectfully submitted:

                                      *Moises Lopez*
                                      Moises Lopez

///////////

MOTION TO TRANSFER - 2