UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Moises Lopez,                           :
                                        :
            Petitioner,                 :
      v.                                :          Civil Action No. 08-0717 (CKK)
                                        :
Michael Mukasey,                        :
                                        :
            Respondent.                 :


ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that petitioner's motion to transfer [Dkt. No. 3] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of

jurisdiction.  This is a final appealable Order.


                                  _____s/s_____
                                  COLLEEN KOLLAR-KOTELLY
DATE: May 5, 2008                 United States District Judge